UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSE GUADALUPE PEREZ-FARIAS, et al.,<br><br>    Plaintiffs,<br><br>  vs.<br><br>GLOBAL HORIZONS, INC., GREEN ACRE FARMS, INC., VALLEY FRUIT ORCHARDS, LLC, and PLATTE RIVER INSURANCE COMPANY,<br><br>    Defendants. | NO. CV-05-3061-MWL<br><br>ORDER VACATING SCHEDULING ORDER AND ORDER SETTING SCHEDULING CONFERENCE |

Before the Court is Defendants' May 17, 2006 motion to vacate the Court's October 20, 2005 scheduling order (Ct. Rec. 33). (Ct. Rec. 104). On May 24, 2006, Plaintiffs filed a response concurring with Defendants' motion to vacate the scheduling order. (Ct. Rec. 109). The Court agrees with the parties that the deadlines set in the October 20, 2005 scheduling order are no longer adequate. Accordingly,

It is hereby ordered that Defendants' May 17, 2006 motion to vacate the Court's scheduling order (**Ct. Rec. 104**) is **GRANTED**.

///

///

1     It is further ordered that a new scheduling conference shall
2 be held on **July 5, 2006**, immediately following the hearing on
3 Plaintiffs' motion for class certification.  The date and time set
4 for the hearing on Plaintiffs' motion for class certification,
5 **July 5, 2006 at 2:00 p.m.**, remains unchanged.
6     IT IS SO ORDERED.
7     **DATED** this   26th   day of May, 2006.

                                                    s/Michael W. Leavitt
                                                      MICHAEL W. LEAVITT
                                  UNITED STATES MAGISTRATE JUDGE