UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| JOSE GUADALUPE PEREZ-FARIAS, et al. | ) ) | No. 05-CV-3061-MWL |
| Plaintiffs, | ) ) ) | ORDER GRANTING PLAINTIFFS' MOTION TO WITHDRAW MOTION FOR A PROTECTIVE ORDER |
| v. | ) ) | |
| GLOBAL HORIZONS, INC., GREEN ACRE FARMS, INC., VALLEY FRUIT ORCHARDS, LLC, and PLATTE RIVER INSURANCE COMPANY, | ) ) ) ) ) | |
| Defendants. | ) ) | |

Before the Court are Plaintiffs' motions filed on October 25 and 26, 2006. (Ct. Recs. 167, 169).

Plaintiffs initially requested that the Court issue a protective order with regard to a discovery dispute. (Ct. Rec. 167). The dispute having been resolved by the parties, Plaintiffs now move the Court to withdraw their motion for a protective order. (Ct. Rec. 169). Based on the foregoing, the Court HEREBY ORDERS as follows:

    1.   Plaintiffs' motion to withdraw their motion for a protective order **(Ct. Rec. 169)** is GRANTED; and

ORDER - 1

2. Plaintiffs' motion for a protective order regarding a discovery dispute **(Ct. Rec. 167)** is **STRICKEN**.

IT IS SO ORDERED.

DATED this   27th   day of October, 2006.

   s/Michael W. Leavitt   
   MICHAEL W. LEAVITT  
   UNITED STATES MAGISTRATE JUDGE

ORDER - 2