AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

JOSE G. PEREZ-FARIAS, JOSE F. SANCHEZ,
RICARDO BETANCOURT, and all other
similarly situated persons,
                     Plaintiffs,
                     v.

GLOBAL HORIZONS, INC., and
MORDECHAI ORIAN,
                     Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-05-3061-RHW

[x] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial before the Court. The issues have been tried and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Plaintiff Ricardo Betancourt recover from the defendants the sum of $5,099.50 for lost wages and $2,500.00 for emotional distress.  The Plaintiff Jose Sanchez recover from the defendants the sum of $492.20 for lost wages and $5,000.00 for emotional distress.  The Plaintiff Jose G. Perez-Farias recover from the defendants the sum of  $4,000.00 for emotional distress.

The Plaintiffs Subclass categories recover from the defendants the following:
Denied Work: Punitive damages in the amount of $100,00.00
Green Acre:  Punitive damages in the amount of $100,000.00
Valley Fruit:  Punitive damages in the amount of $100,000.00

10/23/2007
*Date*

JAMES R. LARSEN
*Clerk*
s/ Michelle M. Fox
*(By) Deputy Clerk*

Michelle Fox