UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSE GUADALUPE PEREZ-FARIAS, et al., | NO. CV-05-3061-RHW |
| Plaintiffs, | ERRATA TO JULY 21, 2008 REPORT AND RECOMMENDATION |
| vs. | |
| GLOBAL HORIZONS, INC., et al., | |
| Defendants. | |

On July 21, 2008, the undersigned entered a report and recommendation in the above captioned matter. (Ct. Rec. 913). On page seven of the report and recommendation it states that, with respect to Global's "other" assets on its 2005 federal income tax return, Global "did not furnish the appropriate schedules from the income tax return to the Court for explanation." (Ct. Rec. 913 at 7). However, the Court did receive, via facsimile on July 16, 2008, additional schedules referred to in Global's 2005 federal income tax return which defined the "other" assets. The receipt of these additional schedules does not change this judicial officer's ultimate recommendation as reported on July 21, 2008.

**DATED** this    22nd    day of July, 2008.

                                    *S/James P. Hutton*
                                    JAMES P. HUTTON
                            UNITED STATES MAGISTRATE JUDGE

ERRATA . . . 1