UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSE GUADALUPE PEREZ-FARIAS, et al., <br>                Plaintiffs, <br>    v. <br><br> GLOBAL HORIZONS, INC., et al., <br>                Defendants. | NO. CV-05-3061-RHW <br><br> ORDER DENYING MOTION FOR RECONSIDERATION OF ORDER DENYING MOTION TO WITHDRAW AS LOCAL COUNSEL |

Before the Court is defendant's motion for reconsideration (**Ct. Rec. 926**) of the Court's order denying local counsel's motion to withdraw (Ct. Rec. 918), set for hearing without oral argument on August 27, 2008. (Ct. Rec. 928.) Originally the motion for leave to withdraw as local counsel for defendants Global Horizons, Inc., Platte River Insurance Company, Green Acre Farms, Inc., and Valley Fruit Orchards, LLC ("Defendants")(Ct. Rec. 903), came before the magistrate judge on referral from Chief United States District Court Judge Robert H. Whaley. (Ct. Rec. 917.)

The Court has reconsidered its prior order (Ct. Rec. 918). The Court finds that, in the absence of any local counsel substituting as local counsel of record for defendants, the motion for reconsideration (**Ct. Rec. 926**) is **DENIED** without prejudice.

**IT IS SO ORDERED**. The District Court Executive is directed

ORDER ON MOTION FOR RECONSIDERATION
OF ORDER DENYING LOCAL COUNSEL FOR GLOBAL
DEFENDANTS' MOTION TO WITHDRAW - 1

1  to file this Order and provide copies to counsel for plaintiffs
2  and defendants.
3      DATED this 3rd day of September, 2008.
4
5
6      S/James P. Hutton
    JAMES P. HUTTON
7      U.S. MAGISTRATE JUDGE

ORDER ON MOTION FOR RECONSIDERATION
OF ORDER DENYING LOCAL COUNSEL FOR GLOBAL
DEFENDANTS' MOTION TO WITHDRAW - 2