Gregory S. Johnson
Richard W. Kuhling
PAINE HAMBLEN LLP
717 West Sprague Avenue, Suite 1200
Spokane, WA 99201-3505
(509) 455-6000

Lori Jordan Isley
Mirta Laura Contreras
COLUMBIA LEGAL SERVICES
6 South Second Street, Suite 600
Yakima, WA 98901
(509) 575-5593

Joachim Morrison
COLUMBIA LEGAL SERVICES
300 Okanogan Avenue, Suite 2A
Wenatchee, WA 98801
(509)662-9681

Amy L. Crewdson
COLUMBIA LEGAL SERVICES
711 Capitol Way S, Ste. 304
Olympia, WA 98501
(360)943-6260

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PEREZ-FARIAS, et. al., <br><br> Plaintiffs, <br><br> vs. <br><br> GLOBAL HORIZONS, INC., et. al., <br><br> Defendants. | <u>CLASS ACTION</u> <br><br> No. 05 CV 3061 RHW <br><br> MEMORANDUM IN SUPPORT OF MOTION TO EXPEDITE HEARING ON PLAINTIFFS' MOTION TO WITHDRAW REQUEST TO OPT OUT OF CLASS DAMAGES FOR RUBEN HUMILDAD |

## I.  ARGUMENT

MEMORANDUM IN SUPPORT OF MOTION TO
EXPEDITE HEARING ON PLAINTIFFS' MOTION TO
WITHDRAW REQUEST TO OPT OUT OF CLASS
DAMAGES FOR RUBEN HUMILDAD - 1

COLUMBIA LEGAL SERVICES
6 South Second Street, Suite 600
Yakima, WA  98901
(509) 575-5593

Pursuant to LR 7.1(h)(1), motions are normally heard at least 31 days following the filing of such motion. The Court may waive the time requirements of the rule on its own motion or on the written request of any party. LR 7.1(h)(6). The request shall set forth in detail the reason for an expedited hearing. *Id.*

An expedited hearing on the Plaintiffs' Motion to Withdraw Request to Opt Out for Ruben Humildad is requested because if heard on the regular calendar, the motion would not be heard until February 23, 2009. A bench trial on the damages is scheduled on Monday, February 9, 2009 in this case. (Ct. Rec. 998).

Accordingly, Plaintiffs request that this Court expedite the hearing on their Motion to Withdraw Request to Opt Out for Ruben Humildad and have noted the hearing on Friday, February 6, 2009, so that this issue may be resolved in a timely manner.

DATED this 23rd day of January, 2009.

| COLUMBIA LEGAL SERVICES | PAINE HAMBLEN LLP |
|---|---|
| s/ Mirta Laura Contreras | s/ Richard W. Kuhling |
| Mirta Laura Contreras, WSBA #21721 | Richard W. Kuhling, WSBA #7927 |
| Attorneys for Plaintiffs | Attorneys for Plaintiffs |

MEMORANDUM IN SUPPORT OF MOTION TO EXPEDITE HEARING ON PLAINTIFFS' MOTION TO WITHDRAW REQUEST TO OPT OUT OF CLASS DAMAGES FOR RUBEN HUMILDAD - 2

COLUMBIA LEGAL SERVICES
6 South Second Street, Suite 600
Yakima, WA 98901
(509) 575-5593

CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of January, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Matthew S. Gibbs | Matthew@gmpusa.com |
| Ryan M. Edgley | edgleyr@hscis.net |
| Gary Lofland | glofland@charterinternet.com |
| Brendan V. Monahan | brendan.monahan@stokeslaw.com |
| Richard W. Kuhling | richard.kuhling@painehamblen.com, linda.house@painehamblen.com, shari.smith@painehamblen.com |
| Gregory S. Johnson | gjohnson@painehamblen.com, jcorbin@painehamblen.com |
| Joachim Morrison | joe.morrison@columbialegal.org |
| Amy Crewdson | amy.crewdson@columbialegal.org |

                                                s/Yolanda B. Lopez
                                                Yolanda B. Lopez

MEMORANDUM IN SUPPORT OF MOTION TO EXPEDITE HEARING ON PLAINTIFFS' MOTION TO WITHDRAW REQUEST TO OPT OUT OF CLASS DAMAGES FOR RUBEN HUMILDAD - 3

COLUMBIA LEGAL SERVICES
6 South Second Street, Suite 600
Yakima, WA  98901
(509) 575-5593