Gregory S. Johnson
Richard W. Kuhling
PAINE HAMBLEN LLP
717 West Sprague Avenue, Suite 1200
Spokane, WA 99201-3505
(509) 455-6000

Lori Jordan Isley
Mirta Laura Contreras
COLUMBIA LEGAL SERVICES
6 South Second Street, Suite 600
Yakima, WA 98901
(509) 575-5593

Joachim Morrison
COLUMBIA LEGAL SERVICES
300 Okanogan Avenue, Suite 2A
Wenatchee, WA 98801
(509)662-9681

Amy L. Crewdson
COLUMBIA LEGAL SERVICES
711 Capitol Way S, Ste. 304
Olympia, WA 98501
(360)943-6260

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PEREZ-FARIAS, et. al.,<br><br>                         Plaintiffs,<br>         vs.<br><br>GLOBAL HORIZONS, INC., et. al.,<br><br>                         Defendants. | CLASS ACTION<br><br>No. 05 CV 3061 RHW<br><br>MEMORANDUM  IN SUPPORT OF MOTION TO EXPEDITE HEARING |

## I.    ARGUMENT

MEMORANDUM IN SUPPORT OF MOTION TO
EXPEDITE HEARING - 1

COLUMBIA LEGAL SERVICES
6 South Second Street, Suite 600
Yakima, WA  98901
(509) 575-5593

On January 26, 2009, this Court held a status conference and directed counsel to file any pre-trial motions necessary.  Plaintiffs have prepared a pre-trial motion and memorandum in support to resolve evidentiary issues and to quash trial subpoenas issued by Global Defendants.  This motion may not be scheduled in time to be heard prior to trial on the regular motion calendar and request that the Court grant a hearing on this matter on the morning of trial, Monday, February 9, 2009 pursuant to LR 7.1(h)(6).

Immediately following the hearing, counsel for Plaintiffs requested counsel for Defendants respond today and provide counsel for Plaintiffs with their available dates for the next two weeks so this hearing could be scheduled prior to trial.  *Isley Decl.* ¶ 2.  Only counsel for Grower Defendants, Brendan Monahan, provided available dates.  Id. ¶ 3.  Accordingly, because Plaintiffs did not want to delay filing this motion, and have no other available dates from Defendants, Plaintiffs have requested that this matter be heard on the morning of trial since all counsel will be available at that time.

DATED this 26th day of January, 2009.

COLUMBIA LEGAL SERVICES

s/ Lori Jordan Isley
Lori Jordan Isley, WSBA #21724
Attorneys for Plaintiffs

PAINE HAMBLEN LLP

s/ Richard W. Kuhling
Richard W. Kuhling, WSBA #7927
Attorneys for Plaintiffs

MEMORANDUM IN SUPPORT OF MOTION TO
EXPEDITE HEARING - 2

COLUMBIA LEGAL SERVICES
6 South Second Street, Suite 600
Yakima, WA  98901
(509) 575-5593

CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of January, 2009, I electronically filed

the foregoing with the Clerk of the Court using the CM/ECF system which will

send notification of such filing to the following:

| | |
|---|---|
| Matthew S. Gibbs | gibbsatty@aol.com |
| | arik@gmpusa.com |
| Ryan M. Edgley | edgleyr@hscis.net |
| | gingerridout@hotmail.com |
| Gary Lofland | glofland@charterinternet.com |
| | betaman7650@msn.com |
| Brendan V. Monahan | brendan.monahan@stokeslaw.com |
| | Lori.busby@stokeslaw.com |
| Richard W. Kuhling | richard.kuhling@painehamblen.com, shari.smith@painehamblen.com |
| Gregory S. Johnson | gjohnson@painehamblen.com, jcorbin@painehamblen.com |
| Joachim Morrison | joe.morrison@columbialegal.org |
| Amy Crewdson | amy.crewdson@columbialegal.org |

s/Lori Jordan Isley
Lori Jordan Isley

COLUMBIA LEGAL SERVICES
6 South Second Street, Suite 600
Yakima, WA  98901
(509) 575-5593