Richard W. Kuhling
Gregory S. Johnson
PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP
717 West Sprague Avenue, Suite 1200
Spokane, WA 99201-3505
(509) 455-6000

Lori Jordan Isley
Mirta Laura Contreras
COLUMBIA LEGAL SERVICES
6 South Second Street, Suite 600
Yakima, WA 98901
(509) 575-5593

Joachim Morrison
COLUMBIA LEGAL SERVICES
300 Okanogan Avenue, Ste 2A
Wenatchee, WA 98801
(509) 662-6981

Amy Crewdson
COLUMBIA LEGAL SERVICES
711 Capitol Way S, Ste. 304
Olympia, WA 98501
(360)943-6260

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

PEREZ-FARIAS, et al.,

Plaintiffs,

vs.

GLOBAL HORIZONS, et al.,

Defendants.

CLASS ACTION

No. 05 CV 3061 RHW

NOTICE OF HEARING
[Pre-Trial Motion]

HEARING DATE:
**February 9, 2009 at 9:00a.m.**

With Oral Argument

TO: THE CLERK OF THE ABOVE-ENTITLED COURT; and

TO: ALL PARTIES AND THEIR RESPECTIVE COUNSEL;



**COLUMBIA LEGAL SERVICES**
6 South Second Street, Suite 600
Yakima, WA 98901
(509) 575-5593

PLEASE TAKE NOTICE that the motion identified below will be set for hearing with oral argument as follows or as soon thereafter as the same may be heard:

MOTION: Pre-trial Motion

DATE: February 9, 2009

TIME: 9:00 a.m.

PLACE: United States District Court
Yakima, Washington

DATED this 26th day of January, 2009.

COLUMBIA LEGAL SERVICES

s/ Lori Jordan Isley
Lori Jordan Isley, WSBA #21724
Attorneys for Plaintiffs



**COLUMBIA LEGAL SERVICES**
6 South Second Street, Suite 600
Yakima, WA 98901
(509) 575-5593

CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of January, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Matthew S. Gibbs | gibbsatty@aol.com |
| | arik@gmpusa.com |
| Ryan M. Edgley | edgleyr@hscis.net |
| | gingerridout@hotmail.com |
| Gary Lofland | glofland@charterinternet.com |
| | betaman7650@msn.com |
| Brendan V. Monahan | brendan.monahan@stokeslaw.com |
| | lori.busby@stokeslaw.com |
| Richard W. Kuhling | richard.kuhling@painehamblen.com, shari.smith@painehamblen.com |
| Gregory S. Johnson | gjohnson@painehamblen.com, jcorbin@painehamblen.com |
| Joachim Morrison | joe.morrison@columbialegal.org |
| Amy Crewdson | amy.crewdson@columbialegal.org |

s/ Arasele Bueno
Arasele Bueno



**COLUMBIA LEGAL SERVICES**
6 South Second Street, Suite 600
Yakima, WA 98901
(509) 575-5593