# UNITED STATES DISTRICT COURT
### *Eastern District of Washington*

| | |
|---|---|
| JOSE G. PEREZ-FARIAS, JOSE F. SANCHEZ, RICHARDO BETANCOURT, and all other similarly situated persons,<br>                               Plaintiffs,<br>                    v.<br>GLOBAL HORIZONS, INC., and MORDECHAI ORIAN, et al.,<br>                               Defendants. | JUDGMENT IN A CIVIL CASE<br><br>CASE NUMBER: CV-05-3061-RHW |

☒ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial before the Court. The issues have been tried and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Plaintiff Recardo Betancourt shall recover from the Global Defendants and the Grower Defendants, jointly and severally, $5,099.50 for lost wages and from the Global Defendants $2,500.00 for emotional distress.  Plaintiff Jose Sanchez shall recover from the Global Defendants and the Grower Defendants, jointly and severally, $492.20 for lost wages and from the Global Defendants $5,500.00 for emotional distress.  Plaintiff Jose G. Perez-Farias shall recover from the Global Defendants $4,000.00 for emotional distress.

The Plaintiffs Subclass categories recover from the defendants the following:
Denied Work:  Punitive damages in the amount of $100,000.00
Green Acre:  Punitive damages in the amount of $100,000.00
Valley Fruit:  Punitive damages in the amount of $100,000.00

Denied Work Subclass:  U.S. Resident farm workers who claim they were offered employment by Global Horizons to work at Green Acre Farms, Inc. or Valley Fruit Orchards, LLC in 2004, but were not employed by Global Horizons in 2004.

| | |
|---|---|
| June 15, 2009<br>*Date* | JAMES R. LARSEN<br>*Clerk*<br>s/ Linda Emerson<br>*(By) Deputy Clerk*<br>Linda Emerson |