# UNITED STATES DISTRICT COURT
### *Eastern District of Washington*

JOSE G. PEREZ-FARIAS, JOSE F. SANCHEZ,
RICHARDO BETANCOURT, and all other
similarly situated persons,

                  Plaintiffs,

        v.

GLOBAL HORIZONS, INC., and
MORDECHAI ORIAN, et al.,

                  Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-05-3061-RHW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Plaintiffs Subclass categories recover from the Global Defendants and the Grower Defendants, jointly and severally, the following:

    Denied Work:  Statutory damages in the amount of $138,950.00
    Green Acre:  Statutory damages in the amount of $39,950.00
    Valley Fruit:  Statutory damages in the amount of $49,610.00

Denied Work Subclass:  U.S. Resident farm workers who claim they were offered employment by Global Horizons to work at Green Acre Farms, Inc. or Valley Fruit Orchards, LLC in 2004, but were not employed by Global Horizons in 2004.

Green Acre Subclass:  U.S. Resident farm workers who were employed through Global Horizons, Inc. for agricultural employment at Green Acre Farms, Inc. in 2004.

Valley Fruit Subclass:  U.S. Resident farm workers who were employed through Global Horizons, Inc. for agricultural employment at Valley Fruit Orchards, LLC in 2004.

June 15, 2009
*Date*

JAMES R. LARSEN
*Clerk*
s/ Linda Emerson
*(By) Deputy Clerk*
Linda Emerson