Richard W. Kuhling
Gregory S. Johnson
PAINE HAMBLEN LLP
717 West Sprague Avenue, Suite 1200
Spokane, WA 99201-3505
(509) 455-6000

Lori Jordan Isley
Mirta Laura Contreras
COLUMBIA LEGAL SERVICES
6 South Second Street, Suite 600
Yakima, WA 98901
(509) 575-5593

Joachim Morrison
COLUMBIA LEGAL SERVICES
300 Okanogan Avenue, Suite 2A
Wenatchee, WA 98801
(509)662-9681

Amy L. Crewdson
COLUMBIA LEGAL SERVICES
711 Capitol Way S, Ste. 304
Olympia, WA 98501
(360)943-6260

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PEREZ-FARIAS, et. al.,<br><br>        Plaintiffs,<br>vs.<br><br>GLOBAL HORIZONS, INC., et. al.,<br><br>        Defendants. | CLASS ACTION<br><br>No. 05 CV 3061 RHW<br><br>PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION TO EXTEND APPEAL DEADLINE DUE TO PLAINTIFFS' RULE 54 MOTION FOR ATTORNEY FEES |

Fed. R. Civ. P. 58(e) allows a court to extend the deadline for an appeal until after a pending motion for attorney's fees has been resolved.  On May 20, 2009,

PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION TO EXTEND APPEAL DEADLINE DUE TO PLAINTIFFS' RULE 54 MOTION FOR ATTORNEY FEES - 1

COLUMBIA LEGAL SERVICES
300 Okanogan Ave., Ste. 2A
Wenatchee, WA 98801
(509) 662-9681

Plaintiffs filed their motion for attorney's fees and costs. (Ct. Rec. 1098.) On June 15, 2009, the Court entered an Amended Judgment regarding the 2007 jury verdict (Ct. Rec. 1128) and a Judgment regarding statutory damage awards pursuant to the Farm Labor Contractor Act (Ct. Rec. 1129). Also filed on June 15, 2009 was the Court's order granting Defendants' request for additional time to respond to Plaintiffs' Motion for Attorneys Fees. (Ct. Rec. 1127). Pursuant to the Court's order, the Defendants' response brief is due on July 15, 2009 and the Plaintiffs' reply brief is due on July 22, 2009. Should any party choose to appeal either of the Judgments entered on June 15, 2009, the 30-day appeal date would run on July 15, 2009, unless stayed pursuant to Fed. R. Civ. P. 58(e).

In light of the overlapping deadlines and to conserve the resources of the parties and the judicial system, Plaintiffs request that the Court enter an order that the Plaintiffs' Motion for Attorney's Fees shall have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Fed. R. Civ. P. 59. Such and order would be consistent with the Advisory Committee Notes under Rule 58 which state:

> [I]n many cases it may be more efficient to decide fee questions before an appeal is taken so that appeals relating to the fee award can be heard at the same time as appeals relating to the merits of the case.

Fed. R. Civ. P. 58 advisory committee's note.

PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION TO EXTEND APPEAL DEADLINE DUE TO PLAINTIFFS' RULE 54 MOTION FOR ATTORNEY FEES - 2

COLUMBIA LEGAL SERVICES
300 Okanogan Ave., Ste. 2A
Wenatchee, WA 98801
(509) 662-9681

Plaintiffs respectfully request that the Court enter an Order to extend the appeal deadline until the fee dispute has been resolved.

DATED this 18th day of June, 2009.

| COLUMBIA LEGAL SERVICES | PAINE HAMBLEN LLP |
|---|---|
| s/ Joachim Morrison | s/ Richard W. Kuhling |
| Joachim Morrison, WSBA #23094 | Richard W. Kuhling, WSBA #7927 |
| Attorneys for Plaintiffs | Attorneys for Plaintiffs |
| COLUMBIA LEGAL SERVICES | PAINE HAMBLEN, LLC |
| 300 Okanogan Ave., Ste. 2A | 717 W. Sprague Ave., Ste 1200 |
| Wenatchee, WA 98801 | Spokane, WA 99201-3505 |
| Phone: (509) 662-9681, x25 | Phone: (509) 455-6000 |
| Fax: (509) 662-9684 | Fax: (509) 838-0007 |
| E-mail: joe.morrison@columbialegal.org | E-mail: richard.kuhling@painehamblen.com |

PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION TO EXTEND APPEAL DEADLINE DUE TO PLAINTIFFS' RULE 54 MOTION FOR ATTORNEY FEES - 3

COLUMBIA LEGAL SERVICES
300 Okanogan Ave., Ste. 2A
Wenatchee, WA 98801
(509) 662-9681

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of June, 2009, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Matthew S. Gibbs | gibbsatty@aol.com; arik@gmpusa.com |
| Ryan M. Edgley | edgleyr@hscis.net ; gingerridout@hotmail.com |
| Gary Lofland | glofland@charterinternet.com; betaman7650@msn.com |
| Brendan V. Monahan | brendan.monahan@stokeslaw.com; Lori.busby@stokeslaw.com |
| Richard W. Kuhling | richard.kuhling@painehamblen.com; shari.smith@painehamblen.com |
| Gregory S. Johnson | gjohnson@painehamblen.com; jcorbin@painehamblen.com |
| Joachim Morrison | joe.morrison@columbialegal.org |
| Amy Crewdson | amy.crewdson@columbialegal.org |

I further certify that I have caused the foregoing document to be mailed by United States Postal Service to the following non-CM/ECF participants:  None.

s/ Joachim Morrison
Joachim Morrison

PLAINTIFFS' MEMORANDUM  IN SUPPORT OF MOTION TO EXTEND APPEAL DEADLINE DUE TO PLAINTIFFS' RULE 54 MOTION FOR  ATTORNEY FEES - 4

**COLUMBIA LEGAL SERVICES**
300 Okanogan Ave., Ste. 2A
Wenatchee, WA  98801
(509) 662-9681