AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

JOSE G. PEREZ-FARIAS, JOSE F. SANCHEZ,
RICARDO BETANCOURT, and all other
similarly situated persons,

v.

GLOBAL HORIZONS, INC., et al.,

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-05-3061-RHW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: The Judgment entered 6/15/09 (Ct.Rec. 1129) is amended as follows: The Plaintiff Denied Worker Subclass recovers from Global Horizons, Inc., Green Acre Farms, Inc., and Valley Fruit Orchards, LLC, jointly and severally, statutory damages in the amount of $138,950.00.

Plaintiff Green Acre Subclass recovers from Global Horizons, Inc. and Green Acre Farms, Inc., jointly and severally, statutory damages in the amount of $45,170.31.

Plaintiff Valley Fruit Subclass recovers from Global Horizons, Inc. and Valley Fruit Orchards, LLC, jointly and severally, statutory damages in the amount of $53,162.71.

Denied Work Subclass: U.S. Resident farm workers who claim they were offered employment by Global Horizons, Inc. to work at Green Acre Farms, Inc. or Valley Fruit Orchards, LLC in 2004, but were not employed by Global Horizons, Inc. in 2004.

Green Acre Subclass: U.S. Resident farm workers who were employed through Global Horizons, Inc. for agricultural employment at Green Acre Farms, Inc. in 2004.

Valley Fruit Subclass: U.S. Resident farm workers who were employed through Global Horizons, Inc. for agricultural employment at Valley Fruit Orchards, LLC in 2004.

| August 3, 2009 | JAMES R. LARSEN |
|---|---|
| Date | Clerk |
| | s/ Linda Emerson |
| | (By) Deputy Clerk |
| | Linda Emerson |