AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

JOSE G. PEREZ-FARIAS, JOSE F. SANCHEZ, RICARDO BETANCOURT, and all other similarly situated persons,

                Plaintiffs,

v.

GLOBAL HORIZONS, INC., et al.,

                Defendants.

**SECOND AMENDED JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-05-3061-RHW

[x] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: The Amended Judgment entered 6/15/09 (Ct.Rec. 1128) is amended as follows:

    Plaintiff Ricardo Betancourt shall recover from Global Horizons, Inc., Mordechai Orian, Green Acre Farms, Inc. and Valley Fruit Orchards, LLC, jointly and severally, $5,099.50 for lost wages, and from Global Horizons, Inc. and Mordechai Orian $2,500.00 for emotional distress.

    Plaintiff Jose Sanchez shall recover from Global Horizons, Inc., Mordechai Orian, Green Acre Farms, Inc. and Valley Fruit Orchards, LLC, jointly and severally, $492.20 for lost wages, and from Global Horizons, Inc. and Mordechai Orian $5,500.00 for emotional distress.

    Plaintiff Jose G. Perez-Farias shall recover from Global Horizons, Inc. and Mordechai Orian $4,000.00 for emotional distress.

    Plaintiffs Subclass categories recover from Global Horizons, Inc. and Mordechai Orian the following:

        Denied Work:      Punitive damages in the amount of $100,000.00
        Green Acre:       Punitive damages in the amount of $100,000.00
        Valley Fruit:     Punitive damages in the amount of $100,000.00

    Denied Work Subclass: U.S. Resident farm workers who claim they were offered employment by Global Horizons, Inc. to work at Green Acre Farms, Inc. or Valley Fruit Orchards, LLC in 2004, but were not employed by Global Horizons in 2004.

    Green Acres Subclass: U.S. Resident farm workers who were employed through Global Horizons, Inc. at Green Acre Farms in 2004.

    Valley Fruit Subclass: U.S. Resident farm workers who were employed through Global Horizons, Inc. at Valley Fruit Orchards, LLC in 2004.

August 3, 2009
Date

JAMES R. LARSEN
Clerk
s/ Linda Emerson
(By) Deputy Clerk
Linda Emerson