AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

JOSE GUADALUPE PEREZ-FARIAS, JOSE F. SANCHEZ, RICARDO BETANCOURT, and all other similarly situated persons,

                Plaintiffs,

v.

GLOBAL HORIZONS, INC., MORDECHAI ORIAN, et al.,

                Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-05-3061-RHW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiffs' motion for attorneys fees is granted and judgment is entered in favor of Plaintiffs and against Global Horizons, Inc. and Mordechai Orian in the amount of $1,452,831.00 for reasonable attorneys' fees.

Global Horizons, Inc. and Mordechai Orian are ordered to pay to the Court $1,424.58, which is the costs of the interpretation fees that were provided at trial on a cost-reimbursable basis.

The final cost bill is assessed against Global Horizons, Inc. and Mordechai Orian only and not against the other named Defendnats.

| | |
|---|---|
| March 24, 2010 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Linda Emerson |
| | *(By) Deputy Clerk* |
| | Linda Emerson |