UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSE GUADALUPE PEREZ-FARIAS, JOSE F. SANCHEZ, RICARDO BETANCOURT, and all other similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>GLOBAL HORIZONS, INC., *et al.*,<br><br>Defendants. | NO. CV-05-3061-RHW<br><br>**ORDER STRIKING REPORT AND RECOMMENDATIONS; GRANTING MOTION TO WITHDRAW** |

The above-captioned case was filed in 2005. Judgments were entered in 2010. Nevertheless, there are four pending matters still in the court record. Having considered the matter, the Court strikes the Report and Recommendations filed by Magistrate Judge Hutton as moot, and grants the Motion to Seal and Motion to Withdraw as Attorney.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Report and Recommendation filed on July 21, 2008 (Ct. Rec. 913) is **stricken**, as moot.

2. The Report and Recommendation filed on July 22, 2008 (Ct. Rec. 914) is **stricken**, as moot.

3. The Motion to Seal (Ct. Rec. 919) is **GRANTED**.

4. Defendant's Motion to Withdraw as Attorney (Ct. Rec. 1284) is **GRANTED**.

**ORDER STRIKING REPORT AND RECOMMENDATIONS; GRANTING MOTION TO WITHDRAW ~ 1**

1  **IT IS SO ORDERED.** The District Court Executive is directed to enter
2  this Order and to provide copies to counsel.
3     **DATED** this 4th day of January, 2011.
4
5                    *s/Robert H. Whaley*
6                    ROBERT H. WHALEY
                     United States District Court
7
8
9  Q:\CIVIL\2005\Perez-Farias, et al\motions5.wpd

**ORDER STRIKING REPORT AND RECOMMENDATIONS; GRANTING MOTION TO WITHDRAW ~ 2**