# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| JOSE GUADALUPE PEREZ-FARIAS, JOSE F. SANCHEZ, RICARDO BETANCOURT, and all other similarly situated persons,<br>*Plaintiff*<br>v.<br>GLOBAL HORIZONS, INC., MORDECHAI ORIAN, et al,<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>Civil Action No.   CV-05-3061-RHW |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   The District Court Executive is directed to amend the Judgment filed on March 24, 2012, ECF 1240, to reflect that the Grower Defendants are jointly and severally liable with Global Horizons, Inc. and Mordechai Orian for $979,394.25 of the $1,452,831.00 for reasonable attorneys fees and $39,842.66 of the $53,123.55 in costs set forth in ECF Nos. 1243 and 1279.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Robert H. Whaley   on a motion for Attorney Fees was GRANTED.

Date:   June 28, 2013

*CLERK OF COURT*

SEAN F. McAVOY

s/ Cheryl Switzer
*(By) Deputy Clerk*

Cheryl Switzer